Argued and submitted April 26, fine vacated; otherwise affirmed May 24, 1989

## RONALD HAHN,
*Petitioner,*

*v.*

## OREGON STATE PENITENTIARY,
*Respondent.*

(11-87-186; CA A47025)

773 P2d 829

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Douglas F. Zier, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of a final order of the Superintendent of the Oregon State Penitentiary that found that he had violated a disciplinary rule and imposed, *inter alia,* a $100 fine. He contends that there is not sufficient evidence to support the finding of guilty and that his actions were justified as self-defense, but the contentions lack merit. However, respondent concedes, and we agree, that the fine is unlawful. *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988).

Fine vacated; otherwise affirmed.